**Electronically Filed**
**Supreme Court**
**SCWC-29036**
**26-NOV-2013**
**08:41 AM**

SCWC-29036

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

BENJAMIN PAUL KEKONA and TAMAE M. KEKONA,
Petitioners/Plaintiffs-Appellees,

vs.

MICHAEL BORNEMANN, M.D.,
Respondent/Defendant-Appellant,

and

PAZ FENG ABASTILLAS,  also known as PAZ A. RICHTER;
ROBERT A. SMITH, personally; ROBERT A. SMITH, Attorney at Law,
a Law Corporation; STANDARD MANAGEMENT, INC.;
U.S. BANCORP MORTGAGE COMPANY, an Oregon company;
Respondents/Defendants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29036; CIV. NO. 93-3974)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioners/Plaintiffs-Appellees' Application for Writ of Certiorari filed on October 15, 2013 is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, November 26, 2013.

Fred Paul Benco
for petitioner

Peter Van Name Esser
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

